**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-30657

_____

ANGELA HARPER; ET AL.,

                                                    Plaintiffs,

ANGELA HARPER,

                                        Plaintiff - Appellant,

                            versus

R. J. REYNOLDS TOBACCO HOLDINGS INC.; PELICAN CIGAR CO.;
WAL-MART STORES INC.; R. J. REYNOLDS TOBACCO CO.; SCHLESINGERS
WHOLESALERS & AUTOMOTIVE CIGARETTE SERVICE INC.; WAL-MART LOUISIANA
LLC,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:03-CV-1064

_____

Before JOLLY, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

     AFFIRMED. <u>See</u> 5TH CIR R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.